IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | **CR. NO. 05-00282-CG** |
| ) | |
| **KENNETH VERNON JOHNSON,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter came on for a detention hearing on January 4, 2006, at which the defendant orally moved for release pending sentencing.

Upon consideration of the evidence presented at the hearing, and the arguments of counsel, the court finds that there is not clear and convincing evidence that defendant is not a danger to the community or a risk of flight. Therefore, the defendant's motion for release pending sentencing is hereby **DENIED**, and the defendant shall remain in custody pending sentencing scheduled for March 29, 2006 at 1:00 p.m.

**DONE and ORDERED** this the 4th day of January, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE